**IT IS ORDERED as set forth below:**

**Date: August 5, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>MICHAEL ANTHONY DAVIS, II,<br><br>Debtor. | CASE NO. 26-60066-JWC<br><br>CHAPTER 13 |

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Debtor filed this case on July 31, 2026, in violation of the Court's previous order barring Debtor from filing cases under Chapter 13 of the Bankruptcy Code for a period of 180 days. This is Debtor's fourth Chapter 13 case filed in this Court:

- Case number 25-53460 filed March 31, 2025, dismissed for failure to make plan payments on June 18, 2025;
- Case number 25-58818 filed August 4, 2025, dismissed for failure to file information on November 20, 2025;
- Case number 26-50038 filed January 2, 2026, dismissed pursuant to 11 U.S.C. § 109(g) and rendering Debtor ineligible to be a debtor in

Chapter 13 for 180 days from June 30, 2026 (*see* Doc. No. 41) (the "Bar Order").

In this case, Debtor has failed to pay the filing fee, failed to file a plan, schedules and numerous other documents required, and failed to take any steps required of a Chapter 13 debtor beyond filing the bare minimum papers required to open the case. Further, Debtor has made a material misrepresentation under penalty of perjury in his petition that he has filed only one previous bankruptcy case within the last 8 years when, in fact, he has filed three in the past 2 years.

Regardless of the documents and items outstanding, Debtor remains ineligible to be a debtor under Chapter 13. Debtor filed this case in violation of the Bar Order, only one month after his previous case was dismissed. Pursuant to 11 U.S.C. § 362(c)(4)(A)(i), no stay went into effect in this case. The Court further finds cause to prohibit Debtor from filing another case under Chapter 13 of the Bankruptcy Code for one year from the date of entry of this Order and to order that no stay will go into effect in any case filed in violation of this Order.

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED.**

**IT IS FURTHER ORDERED** that Debtor is prohibited from filing and is ineligible to be a debtor under Chapter 13 of the Bankruptcy Code for a period of one year from the date of entry of this Order.

**IT IS FURTHER ORDERED** that the automatic stay under 11 U.S.C. § 362(a) shall not go into effect in any case filed in violation of this Order absent further

order of this Court.

The Clerk of Court is directed to serve notice of this Order on Debtor, the

Chapter 13 Trustee, and the United States Trustee.

**END OF DOCUMENT**